USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/26/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

-against-

PHILLIP MUIR,

                Defendant.
-----------------------------------------------------------X

**ORDER**

15 Cr 78

The Clerk's Office is directed to open a civil case based upon Documents #172 and #173 in the above entitled action.

Dated: New York, New York
       February 26, 2020

**RICHARD M. BERMAN, U.S.D.J.**