UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILLIP MUIR,

                Movant,

-against-

UNITED STATES OF AMERICA,

                Respondent.

20-CV-1708 (RMB)

15-CR-00078 (RMB)

**ORDER**

The Court directs Mr. Muir's CJA trial counsel, Mr. Karloff Commissiong and Mr. Michael Martin, to file responses to Mr. Muir's claims of ineffective assistance of counsel by March 18, 2020.

Dated:   March 4, 2020
          New York, New York

---
RICHARD M. BERMAN
United States District Judge

**Copies Mailed By Chambers**