UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILLIP MUIR,<br><br>      Petitioner,<br><br>  -against-<br><br>UNITED STATES OF AMERICA,<br><br>      Respondent. | 15-CR-0078 (RMB)<br><br>20-CV-1708 (RMB)<br><br>ORDER |

The United States Attorney for the Southern District of New York (Attn: Thomas S. Burnett) is requested to file a brief response to *pro se* Petitioner's amended motion, dated September 26, 2022, on or before February 23, 2023. The Assistant United States Attorney should include procedural and substantive issues.

The Clerk of Court is requested to serve copies of this Order.

Dated: February 14, 2023
   New York, New York

                      _____
                      **RICHARD M. BERMAN, U.S.D.J.**